**John Rue, Esq.**
**Attorney ID No. -#47032005**
**RUE LAW GROUP**[1]
**100 Overlook Center**
**2nd Floor, #9211**
**Princeton, NJ 08540**
**(862) 283-3155**
**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| C.P., individually and on behalf of F.P., a minor child,<br>Plaintiff,<br>v.<br><br>New Jersey Department of Education; Lily Laux, Commissioner of Education, in her official capacity; Office of Administrative Law; Clifton Board of Education; Robert Thurston; Thurston Law Offices, LLC<br><br>Defendants. | Civil Action No. 1:21-15677-ESK-MJS<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that on a date to be determined by the Court, or as soon thereafter as counsel may be heard, Plaintiff C.P., individually and on behalf of F.P., a minor child, by and through undersigned counsel, will move before the Honorable Edward S. Kiel, U.S.M.J., United States District Court for the District of New Jersey, for an Order pursuant to Federal Rule of Civil Procedure 15(a)(2) granting leave to file the proposed Second Amended Complaint.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Plaintiff will rely upon the accompanying Brief in Support of Plaintiff's Motion for Leave to

[1] Rue Law Group is a DBA owned by John Rue & Associates, LLC

Amend, the proposed Second Amended Complaint, and such other papers and arguments as the Court may consider.

PLEASE TAKE FURTHER NOTICE that Plaintiff respectfully requests that the Court enter an Order granting leave to file the proposed Second Amended Complaint and deeming it filed as of the date of the Court's Order.

Respectfully submitted,

John Rue 4/21/26

John Rue
John Rue & Associates, LLC
(aka Rue Law Group)
100 Overlook Center
2nd Floor, #9211
Princeton, NJ 08540
john@johnruelaw.com

Date