**John Rue, Esq.**
**Attorney ID No. -#47032005**
**RUE LAW GROUP**[1]
**100 Overlook Center**
**2nd Floor, #9211**
**Princeton, NJ 08540**
**(862) 283-3155**
**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| C.P., individually and on behalf of F.P., a minor child,<br>Plaintiff,<br>v.<br><br>New Jersey Department of Education; Lily Laux, Commissioner of Education, in her official capacity; Office of Administrative Law, Clifton Board of Education, Robert Thurston, Thurston Law Offices, LLC<br><br>Defendants. | Civil Action No. 1:21-15677-ESK-MJS<br>**[PROPOSED]**<br>**ORDER** |

THIS MATTER having come before the Court upon Plaintiff's Motion for Leave to File a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2); and the Court having considered the submissions of the parties; and for good cause shown;

IT IS on this ___ day of __________, 2026,

ORDERED that Plaintiff's Motion for Leave to File a Second Amended Complaint is GRANTED; and it is further

[1] Rue Law Group is a DBA owned by John Rue & Associates, LLC

ORDERED that the proposed Second Amended Complaint attached as Exhibit A to Plaintiff's Motion shall be deemed filed as of the date of this Order; and it is further

ORDERED that Defendants shall answer or otherwise respond to the Second Amended Complaint within the time permitted by the Federal Rules of Civil Procedure.

SO ORDERED:

HON. EDWARD S. KIEL, U.S.D.J. Date