John D. Rue†
(founder)
—
Krista L. Rue
—
Francis X. Geier

RUE LAW GROUP*
A PRIVATE PUBLIC INTEREST LAW FIRM
5 LAKE DRIVE
WOODLAND LAKES, RANDOLPH, NJ 07869
(862) 283-3155 (main)
(973) 860-0869 (facsimile)

May 26, 2026

***Via ECF***
Judge Matthew Skahill, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**RE: C.P. v. Clifton Bd. of Edu. et al. (. 1:21-15677-ESK-MJS)**

Dear Judge Kiel:

This office represents the plaintiff in the above-captioned action.

I have just filed a corrected version of ECF No. 95-2, the Proposed Second Amended Complaint. Inadvertently, the wrong document was attached as the exhibit in the first instance.

I have notified counsel for the NJDOE of this correction. Because Defendants filed their response (ECF No. 99) on May 18, 2026, based on the original (incorrect) exhibit, I have advised counsel that Plaintiff does not object to a reasonable extension of any deadline they may need to supplement or revise their response in light of the corrected pleading.

Respectfully submitted,

John Rue

John Rue

cc: All appearing counsel (via ECF)

*Bene facere bonum ~ Doing well by doing good*

† Licensed in New York as well as New Jersey
[1] John Rue & Associates, LLC has registered "Rue Law Group" as a DBA, to ensure compliance with NJ RPC 7.5 (incorporating RPC 7.1). The underlying legal entity remains John Rue & Associates, LLC.