*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 0
TRENTON, NJ 08625-

MIKIE SHERRILL
*Governor*

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

November 2, 2026

**Via CM/ECF**
Hon. Matthew J. Skahill, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: C.P., Individually and on behalf of F.P., a minor child v. New Jersey Dept. of Educ., et al.
Docket No. 1:21-cv-15677(ESK)(MJS)

Dear Judge Skahill:

This office represents Defendants, the New Jersey Department of Education, Dr. Lily Laux, in her official capacity as the Commissioner of the New Jersey Department of Education, and the New Jersey Office of Administrative Law ("OAL") (collectively, the "State Defendants"), in the above-captioned matter. On September 1, 2026, the court granted Plaintiffs' motion to file a second amended complaint. (ECF No. 105.) On October 4, 2026, Plaintiffs filed the second amended complaint and a waiver of service signed on behalf of the OAL. (ECF No. 107 & 108.) In order to avoid filing separate and duplicative responsive pleadings on different dates, State Defendants respectfully request they be permitted to file one consolidated responsive pleading by November 16, 2026, which is the current deadline for the OAL to respond pursuant to F.R.C.P. 12(a)(1)(A)(ii). Plaintiffs' counsel has consented to this request.

If you have any questions, please contact me at the number listed below. Thank you for your time and attention to this matter.

Respectfully Submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: /s/Ryan J. Silver________________________
Ryan J. Silver
Deputy Attorney General

Cc: All counsel of record (via CM/ECF)